1  KAMALA D. HARRIS
   Attorney General of California
2  FRANCES T. GRUNDER
   Senior Assistant Attorney General
3  MICHELE VAN GELDEREN
   Supervising Deputy Attorney General
4  WILLIAM R. PLETCHER (SBN 212664)
   BERNARD A. ESKANDARI (SBN 244395)
5  TIMOTHY D. LUNDGREN (SBN 254596)
   Deputy Attorneys General
6      300 South Spring Street, Suite 1702
       Los Angeles, CA  90013
7      Telephone:  (213) 897-2652
       Fax:  (213) 897-4951
8      Email:  bernard.eskandari@doj.ca.gov

9  *Attorneys for Plaintiff, the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**JPMORGAN CHASE & CO., a Delaware Corporation; CHASE BANK USA, N.A., a Delaware Corporation; CHASE BANKCARD SERVICES, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,**<br><br>　　　　　　　　　　　Defendants. | Case No. CV 13-04151-SJO (JEMx)<br><br>**STIPULATION TO CONTINUE DATE OF SCHEDULING CONFERENCE**<br><br>Courtroom: 　1<br>Judge: 　　Hon. S. James Otero<br><br>Currently Scheduled:<br>　　DATE: July 1, 2013<br>　　TIME: 8:30 a.m.<br><br>Proposed:<br>　　DATE: August 12, 2013<br>　　TIME: 8:30a.m |

1 **STIPULATION**

2   Plaintiff THE PEOPLE OF THE STATE OF CALIFORNIA ("People") and
3 Defendants JPMORGAN CHASE & CO., CHASE BANK USA, N.A., and CHASE
4 BANKCARD SERVICES, INC. (collectively, "Defendants," and together with the
5 People, the "Parties"), by and through their respective counsel of record, hereby
6 stipulate as follows:

7   WHEREAS, on May 9, 2013, the People initiated an enforcement action
8 against Defendants ("Action") by filing a complaint in the Superior Court of the
9 State of California, County of Los Angeles ("State Court");

10   WHEREAS, on June 10, 2013, Defendants filed a notice of removal of the
11 Action;

12   WHEREAS, on June 11, 2013, the Court ordered that a scheduling
13 conference ("Scheduling Conference") be set for July 1, 2013 at 8:30 a.m.;

14   WHEREAS, the Court's June 11, 2013, order also required the parties to file
15 a Joint Rule 26(f) report ("Rule 26(f) Report") on or before June 24, 2013;

16   WHEREAS, on June 14, 2013, in accordance with L.R. 8-3, the parties
17 stipulated to extend the time by 30 days for Defendants to respond to the complaint
18 to July 17, 2013;

19   WHEREAS, the People take the position that there is no basis for federal
20 jurisdiction over the Action and that, accordingly, the Action should be remanded
21 to the State Court;

22   WHEREAS, on June 13, 2013, counsel for the Parties met and conferred
23 regarding the People's position, but the Parties were unable to reach a resolution;

24   WHEREAS, on or before June 24, 2013, the People assert that they will
25 move the Court to remand the Action back to the State Court, in which event, under
26 the local rules, July 22, 2013, would be the earliest hearing date to determine the
27 motion;

28   WHEREAS, Defendants have asserted that they will move the Court to stay

1  ruling on the motion for remand;

2  WHEREAS, the Parties have met and conferred, and have agreed that, in
3  view of the fact that the Court's ruling on the People's remand motion and the
4  Defendants' stay motion could determine in which forum the Action proceeds, the
5  Scheduling Conference and the filing of the Rule 26(f) Report should be briefly
6  postponed to most efficiently use resources until the Court has ruled on the
7  People's remand motion, or determined that it will stay such a ruling;

8  THEREFORE, IT IS HEREBY STIPULATED,

9  1.  That the Scheduling Conference be continued to August 12, 2013;
10 2.  That the Parties' Rule 26(f) Report be due to be filed on or before 7
11 days before the date of the continued Scheduling Conference.

13 Dated: June 20, 2013

OFFICE OF THE ATTORNEY GENERAL

By _____
Kamala D. Harris
Attorney General of California
Frances T. Grunder
Senior Assistant Attorney General
Michele Van Gelderen
Supervising Deputy Attorney General
William R. Pletcher (SBN 212664)
Bernard A. Eskandari (SBN 244395)
Timothy D. Lundgren (SBN 254596)
Deputy Attorneys General

Attorneys for Plaintiff,
THE PEOPLE OF THE STATE OF
CALIFORNIA

| | | |
|---|---|---|
| 1 | Dated: June 20, 2013 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | |
| 4 | | By _____/s/_____ |
| 5 | | Jami McKeon (SBN 237923)<br>Richard Esterkin (SBN 70769)<br>Joseph Duffy (SBN 241854) |
| 6 | | Attorneys for Defendants<br>JPMORGAN CHASE & CO., CHASE |
| 7 | | BANK USA, N.A. and CHASE<br>BANKCARD SERVICES, INC. |