KAMALA D. HARRIS
Attorney General of California
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHELE VAN GELDEREN
Supervising Deputy Attorney General
WILLIAM R. PLETCHER (SBN 212664)
BERNARD A. ESKANDARI (SBN 244395)
TIMOTHY D. LUNDGREN (SBN 254596)
Deputy Attorneys General
   300 South Spring Street, Suite 1702
   Los Angeles, CA  90013
   Telephone:  (213) 897-2652
   Fax:  (213) 897-4951
   Email:  bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff, the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>                      Plaintiff,<br><br>     v.<br><br>**JPMORGAN CHASE & CO., a Delaware Corporation; CHASE BANK USA, N.A., a Delaware Corporation; CHASE BANKCARD SERVICES, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,**<br><br>                      Defendants. | Case No. CV 13-04151-SJO (JEMx)<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND DATE OF SCHEDULING CONFERENCE**<br><br>Courtroom:  1<br>Judge:       Hon. S. James Otero |

# STIPULATION

Plaintiff THE PEOPLE OF THE STATE OF CALIFORNIA ("People") and Defendants JPMORGAN CHASE & CO., CHASE BANK USA, N.A., and CHASE BANKCARD SERVICES, INC. (collectively, "Defendants," and together with the People, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on May 9, 2013, the People initiated this action against Defendants under California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, et seq.) (the "Action") by filing a complaint in the Superior Court of the State of California, County of Los Angeles (the "State Court");

WHEREAS, on June 10, 2013, Defendants filed a notice of removal of the Action;

WHEREAS, on June 11, 2013, the Court ordered that a scheduling conference (the "Scheduling Conference") be set for July 1, 2013 at 8:30 a.m.;

WHEREAS, on June 14, 2013, in accordance with L.R. 8-3, the parties stipulated to extend the time by 30 days for Defendants to respond to the complaint to July 17, 2013;

WHEREAS, on June 14, 2013, the Parties stipulated to continue the Scheduling Conference to August 12, 2013, which stipulation was approved by order of this Court entered on June 21, 2013;

WHEREAS, on June 24, 2013, the People filed a motion to remand the Action back to State Court, to be heard on July 22, 2013 (the "Remand Motion");

WHEREAS, by minute order dated July 12, 2013, the Court found that the Remand Motion was suitable for disposition without oral argument and vacated the July 22, 2013, hearing;

WHEREAS, on July 15, 2013, Defendants filed a motion to dismiss the Action, to be heard on August 12, 2013 (the "Motion to Dismiss");

WHEREAS, the People have requested an additional two weeks to respond to the Motion to Dismiss and, in order to accommodate that request, it is necessary to continue the hearing on the Motion to Dismiss from August 12, 2013 (the same date on which the Scheduling Conference is to take place) to August 26, 2013;

WHEREAS, the Parties have met and conferred, and have agreed as follows:

A. That the hearing on the Motion to Dismiss should be briefly continued from August 12, 2013, to August 26, 2013, in order to provide People with additional time to prepare an opposition to that motion;

B. That Defendants should have an additional five pages to reply to the People's opposition to the Motion to Dismiss; and

C. That, in order to minimize the number of hearings and to most efficiently use the Court's resources and those of the Parties, the Scheduling Conference should be briefly postponed to August 26, 2013, to coincide with the hearing on the Motion to Dismiss.

THEREFORE, IT IS HEREBY STIPULATED, SUBJECT TO THE APPROVAL OF THE COURT:

1. That the hearing on Defendants' Motion to Dismiss be continued to August 26, 2013, with the People's opposition due on or before August 5, 2013, and with Defendants' reply due on or before August 12, 2013;

2. That Defendants reply in support of their Motion to Dismiss shall not exceed 10 pages;

3. That the Scheduling Conference be continued to August 26, 2013; and

4. That the Parties' Rule 26(f) Report be due to be filed on or before 7 days before the date of the continued Scheduling Conference.

| | | |
|---|---|---|
| 1 | Dated: July 18, 2013 | OFFICE OF THE ATTORNEY GENERAL |
| 2 | | |
| 3 | | By  /s/ Bernard A. Eskandari |
| 4 | | Kamala D. Harris |
| | | Attorney General of California |
| | | Frances T. Grunder |
| 5 | | Senior Assistant Attorney General |
| | | Michele Van Gelderen |
| 6 | | Supervising Deputy Attorney General |
| | | William R. Pletcher (SBN 212664) |
| 7 | | Bernard A. Eskandari (SBN 244395) |
| | | Timothy D. Lundgren (SBN 254596) |
| 8 | | Deputy Attorneys General |
| 9 | | Attorneys for Plaintiff, |
| | | THE PEOPLE OF THE STATE OF |
| 10 | | CALIFORNIA |
| 11 | | |
| 12 | Dated: July 18, 2013 | MORGAN, LEWIS & BOCKIUS LLP |
| 13 | | |
| 14 | | |
| 15 | | By |
| | | Jami McKeon (SBN 237923) |
| 16 | | Richard Esterkin (SBN 70769) |
| | | Joseph Duffy (SBN 241854) |
| 17 | | Attorneys for Defendants |
| 18 | | JPMORGAN CHASE & CO., CHASE |
| | | BANK USA, N.A. and CHASE |
| 19 | | BANKCARD SERVICES, INC. |

3

| | | |
|---|---|---|
| 1 | Dated: July 18, 2013 | OFFICE OF THE ATTORNEY GENERAL |
| 2 | | |
| 3 | | By _____ |
| 4 | | Kamala D. Harris |
| | | Attorney General of California |
| 5 | | Frances T. Grunder |
| | | Senior Assistant Attorney General |
| 6 | | Michele Van Gelderen |
| | | Supervising Deputy Attorney General |
| 7 | | William R. Pletcher (SBN 212664) |
| | | Bernard A. Eskandari (SBN 244395) |
| 8 | | Timothy D. Lundgren (SBN 254596) |
| | | Deputy Attorneys General |
| 9 | | Attorneys for Plaintiff, |
| 10 | | THE PEOPLE OF THE STATE OF CALIFORNIA |
| 11 | | |
| 12 | Dated: July 18, 2013 | MORGAN, LEWIS & BOCKIUS LLP |
| 13 | | |
| 14 | | |
| 15 | | By _____ |
| | | Jami McKeon (SBN 237923) |
| 16 | | Richard Esterkin (SBN 70769) |
| | | Joseph Duffy (SBN 241854) |
| 17 | | Attorneys for Defendants |
| 18 | | JPMORGAN CHASE & CO., CHASE BANK USA, N.A. and CHASE BANKCARD SERVICES, INC. |

3