| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | KAMALA D. HARRIS<br>Attorney General of California<br>FRANCES T. GRUNDER<br>Senior Assistant Attorney General<br>MICHELE VAN GELDEREN<br>Supervising Deputy Attorney General<br>WILLIAM R. PLETCHER (SBN 212664)<br>BERNARD A. ESKANDARI (SBN 244395)<br>TIMOTHY D. LUNDGREN (SBN 254596)<br>Deputy Attorneys General<br>  300 South Spring Street, Suite 1702<br>  Los Angeles, CA  90013<br>  Telephone:  (213) 897-2652<br>  Fax:  (213) 897-4951<br>  Email:  bernard.eskandari@doj.ca.gov |

**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

*Attorneys for Plaintiff, the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>                      Plaintiff,<br><br>        v.<br><br>**JPMORGAN CHASE & CO., a Delaware Corporation; CHASE BANK USA, N.A., a Delaware Corporation; CHASE BANKCARD SERVICES, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,**<br><br>                      Defendants. | Case No. CV 13-04151-SJO (JEMx)<br><br>**ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND DATE OF SCHEDULING CONFERENCE** |

**ORDER**

Having reviewed the stipulation submitted by the People and Defendants in this action, and finding that good cause exists, the Court HEREBY ORDERS:

1. The Court finds the MOTION to Dismiss Case filed by Defendants Chase Bank USA, N.A., Chase BankCard Services, Inc., JPMorgan Chase & Co. [15] suitable for disposition without oral argument and vacates the hearing set for August 12, 2013. See Fed. R. Civ. P. 78(b).

2. The People's opposition shall be due on or before August 5, 2013, and with Defendants' reply due on or before August 12, 2013;

3. Defendants' reply in support of their motion to dismiss shall not exceed 10 pages;

4. The Scheduling Conference presently scheduled for August 12, 2013, is CONTINUED to August 26, 2013, at 8:30 a.m.; and

5. The parties are to file a Joint Rule 26(f) report on or before 7 days before the date of the Scheduling Conference.

Dated: _July 25, 2013          _____
                                  Hon. S. James Otero
                                  UNITED STATES DISTRICT COURT
                                  JUDGE

1