NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

1  KAMALA D. HARRIS
   Attorney General of California
2  FRANCES T. GRUNDER
   Senior Assistant Attorney General
3  MICHELE VAN GELDEREN
   Supervising Deputy Attorney General
4  WILLIAM R. PLETCHER (SBN 212664)
   BERNARD A. ESKANDARI (SBN 244395)
5  TIMOTHY D. LUNDGREN (SBN 254596)
   Deputy Attorneys General
6     300 South Spring Street, Suite 1702
      Los Angeles, CA  90013
7     Telephone:  (213) 897-2652
      Fax:  (213) 897-4951
8     Email:  bernard.eskandari@doj.ca.gov

9  *Attorneys for Plaintiff, the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**JPMORGAN CHASE & CO., a Delaware Corporation; CHASE BANK USA, N.A., a Delaware Corporation; CHASE BANKCARD SERVICES, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,**<br><br>                              Defendants. | Case No. CV 13-04151-SJO (JEMx)<br><br>~~[PROPOSED]~~ **ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND DATE OF SCHEDULING CONFERENCE** |

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | Having reviewed the stipulation submitted by the People and Defendants in |
| 3 | this action, and finding that good cause exists, the Court HEREBY ORDERS: |
| 4 | 1. The hearing on Defendants' motion to dismiss [Dkt #15] is |
| 5 | CONTINUED from August 12, 2013, to August 26, 2013, at 8:30 a.m., with the |
| 6 | People's opposition due on or before August 5, 2013, and with Defendants' reply |
| 7 | due on or before August 12, 2013; |
| 8 | 2. Defendants' reply in support of their motion to dismiss shall not |
| 9 | exceed ~~10~~ 7 pages; |
| 10 | 3. The Scheduling Conference presently scheduled for August 12, 2013, |
| 11 | is CONTINUED to August 26, 2013, at 8:30 a.m.; and |
| 12 | 4. The parties are to file a Joint Rule 26(f) report on or before 7 days |
| 13 | before the date of the Scheduling Conference. |

Dated: _July 26_, 2013         *S. James Otero*
                               _____
                               Hon. S. James Otero
                               UNITED STATES DISTRICT COURT
                               JUDGE

1